UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GIANNINI, | No. 2:23-cv-0428-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| ROB BONTA, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 8, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period expired, and Plaintiff filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 8, 2023 (ECF No. 3) are ADOPTED IN FULL;
2. Plaintiff's March 8, 2023 application to proceed in forma pauperis (ECF No. 2) is DENIED;
3. The complaint filed on March 8, 2023 (ECF No. 1) is DISMISSED without leave to amend; and
4. The Clerk of Court is directed to close this case.

Date: August 4, 2023

_____
Troy L. Nunley
United States District Judge